# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES E. WALKER, #R02343,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 19-cv-618-SMY |
| | ) |
| **NICK LAMB, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER REGARDING STANDBY COUNSEL

Plaintiff is proceeding in this matter *pro se*. A status conference is set for November 7, 2024, at 11:00 a.m. to discuss status and select a firm trial date. Plaintiff will represent himself in all respects at trial. However, in accordance with 28 U.S.C. § 1915(e)(1) and Local Rule(s) 83.1(i) and 83.9(b), Attorney Gary L. Vincent of Husch Blackwell LLP is **ASSIGNED** to serve as **Standby Counsel only** for Plaintiff. To provide guidance and clarity to the parties regarding Standby Counsel's responsibilities, the Court sets forth the following:

### Permitted Conduct

Standby Counsel shall perform the following:

- Attend all proceedings;
- Explain courtroom procedure and rules to the pro se litigant;
- Track exhibits admitted into evidence;
- Explain relevant legal concepts;
- At the pro se litigant's request, provide opinions regarding trial strategy and potential objections;
- Appear at sidebar (with or without the pro se litigant at the Court's discretion); and
- Perform any other reasonable case-related actions at the Court's instruction

### Prohibited Conduct

Standby Counsel is prohibited from the following:

- Giving opening or closing argument;
- Speaking for or making arguments on behalf of the pro se litigant;

- Direct or cross examining witnesses;
- Making objections or motions during trial;
- Preparing written motions or documents for the pro se litigant;
- Speaking for the pro se litigant in the presence of the jury; and
- Communicating with the Court outside the presence or knowledge of the pro se litigant

The Clerk of Court is **DIRECTED** to transmit this Order to Standby Counsel. The Clerk of Court is also **DIRECTED** to **TERMINATE** Attorney Jeffrey Ryan Zohn who was previously appointed as Standby Counsel.[1] The electronic case file is available through CM/ECF.

As of this date, Plaintiff's contact information is:

James E. Walker, #R02343
SHERIDAN CORRECTIONAL CENTER
4017 East 2603 Road
Sheridan, Illinois  60551

**IT IS SO ORDERED.**

**DATED:**  September 18, 2024

STACI M. YANDLE
United States District Judge

---

[1] Counsel advised the Court that he is no longer practicing with Duane Morris LLP and is unable to continue to serve as Standby Counsel in this case. The Court finds good cause exists for his termination and substitution.