IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES E. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-CV-618-SMY |
| | ) |
| NICK LAMB, et al, | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

In this § 1983 civil rights action, the Court had previously dismissed Defendants Lamb, Kink, Livingston, Blake, Brookhart, Warden of Lawrence Correctional Center, Johnson and Cannon without prejudice (Docs. 11, 52, 176). The Court also granted summary judgment for Defendants Collins and Woods (Doc. 140). The Court dismissed Virginia Ann Stone, as Special Representative of the Estate of Defendant Maury Goble, on May 6, 2025 (Doc. 239). After a jury trial, the Court entered the final judgment on May 12, 2025, in favor of Defendants Dean and Goodchild on (Doc. 242). Now before the Court is Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 259).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Plaintiff has provided necessary details regarding his financial condition, from which the Court finds that he is indigent. The Court further finds that Plaintiff's appeal is taken in "good

faith" as it seeks review of this Court's dismissal of Defendant Virginia Ann Stone, as Special Representative of the Defendant Maury Goble. Accordingly, the Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

**IT IS SO ORDERED.**

**DATE:  July 7, 2025**

**STACI M. YANDLE**
**United States District Judge**